1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMAR ALI NORMAN,

        Petitioner,

        v.

STEVE SINCLAIR,

        Respondent.

Case No. C13-871-RSL

ORDER OF DISMISSAL

      The Court, after careful consideration of petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

      (1)    The Court adopts the Report and Recommendation.

      (2)    The habeas petition is DENIED and this case is DISMISSED with prejudice.

      (3)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to the grounds asserted by petitioner in his habeas petition.

//

//

//

ORDER OF DISMISSAL
PAGE - 1

1      (4)      The Clerk is directed to send copies of this Order to petitioner, counsel for

2   respondent and Judge Donohue.

3

4             Dated this 27th day of June, 2014.

5

6

7                                        _MMS Lasnik_

8                                        ROBERT S. LASNIK
                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL
PAGE - 2